Goeller, for appellant. E. D. Warner and C. A. O'Neil, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NUCCIO v. PORTO. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Domenico Nuccio against Domenico Porto. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

O'CONNELL v. ROSENTHAL. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Nicholas J. O'Connell against Henry B. Rosenthal.

PER CURIAM. Motion to dismiss appeal granted, unless the appellant within 10 days pay $10 costs to the respondent, and stipulate to perfect the appeal and argue the same on the next day for the hearing of municipal appeals.

O'REILLY, Appellant, v. LAWRENCE CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by Bridget O'Reilly, as administratrix, etc., of Michael O'Reilly, deceased, against the Lawrence Cement Company. No opinion. Judgment affirmed, with costs. All concur, except SMITH, J., who dissents.

PEOPLE v. BREMER. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Proceedings by the people of the state of New York against John Bremer. No opinion. Motion denied, with $10 costs.

PEOPLE, Respondent, v. DOODY, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Proceedings by the people of the state of New York against Daniel Doody. No opinion. Appeal transferred to the Third department.

PEOPLE, Respondent, v. GABEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Proceedings by the people of the state of New York against Fred Gabel. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, P. J., not voting.

PEOPLE, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Proceedings by the people of the state of New York against Gus Hart. W. F. Howe, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. THALHEIMER, Appellant; et al. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Proceedings by the people of the state of New York against Gates Thalheimer, impleaded with Louis Windholtz.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Plaintiff's complaint purports to state two or more causes of action, and appellant is entitled to have the same separately stated and numbered.

PEOPLE ex rel. CLIFFORD v. SCANNELL. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New York, on the relation of James D. Clifford, against John J. Scannell, as trustee, etc. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. CLIFFORD v. SCANNELL, Fire Com'r. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New York, on the relation of James D. Clifford, against John J. Scannell, as fire commissioner. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. DENNA, Appellant, v. BAXTER et al., Town Assessors, Respondents. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Proceedings by the people of the state of New York, on the relation of John Denna, against Nathaniel Baxter and another, assessors of the town of Putnam Valley. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HART v. YORK et al., Com'rs. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Proceedings by the people of the state of New York, on the relation of William A. Hart, against Bernard J. York and others, commissioners. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. HEQUEMBOURG, Respondent, v. DOHERTY et al., Assessors, Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Proceedings by the people of the state of New York, on the relation of Charles E. Hequembourg, against John G. Doherty and others, as assessors, etc. No opinion. So much of the order as is appealed from affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LEVY v. KNOX et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New York, on the relation of George W. Levy, against Charles H. Knox and another. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. McCUSKER v. KEARNY, Com'r. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New York, on the relation of James McCusker, against Henry S. Kearny, as commissioner, etc. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. MURPHY v. CLAUSEN, Com'r. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Proceedings by the people of the state of New